UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2012 DEC 6 AM 11 04
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

IN RE:  O D Hopkins Associates Inc          CASE NO. 01-13475-JMD
                                            CHAPTER 7

Debtor(s)

01-13475 JMD

## AMENDMENT REPORT OF UNCLAIMED FUNDS

The Report of Unclaimed Funds is being Amended to remove claim #89 The Leddy Group has received payment in the amount of $181.59.

Now Comes, Timothy P. Smith, ("Trustee"), to report that the following funds were not claimed.

1. The Trustee was granted an Order to Disburse funds to the creditors on or about March 9, 2011. The Trustee disbursed funds accordingly and the following creditors did not cash their checks.

| Creditor | Claim No. | Claim Amount | Disbursed Amount |
|---|---|---|---|
| Steenbeke & Sons Inc.<br>112 High Street<br>Boscawen, NH 03303 | 3 | $17835.04 | $260.24 |
| Augusta Rubber Corp.<br>P.O. Box 117<br>Gardiner, ME 04345-0117 | 8 | $992.08 | $14.48 |
| Stratham Tire, Inc.<br>17 Portsmouth Avenue<br>Stratham, NH 03885 | 12 | $464.14 | $6.77 |
| Hall, Priddy & Myers<br>10220 River Road, Ste 200<br>Potomac, MD 20854 | 14 | $224.00 | $3.27 |
| Electric Motor Servicenter<br>PO Box 158<br>Dover, NH 03821-0158 | 15 | $1412.67 | $20.61 |
| Richard H. Brown, PhD, Inc.<br>8305 Milano Drive<br>Huntington Beach, CA 92646 | 23 | $3148.18 | $45.94 |

| Name/Address | | | |
|---|---|---|---|
| Xiao Ming Liu<br>5203 Springside Ct.<br>Orlando, FL 32819 | 24 | $49309.22 | $719.50 |
| Agentry Staffing Services, Inc.<br>P.O. Box 847007<br>Boston, MA 02284-7007 | 27 | $7495.80 | $109.38 |
| Bel-Nor Company, Inc.<br>P.O. Box 37<br>Hudson, NH 03051 | 28 | $227.40 | $3.32 |
| F.W. Kunz Controls, Inc.<br>214 Old Turnpike Road<br>Northwood, NH 03261 | 30 | $9171.02 | $133.82 |
| F.W. Webb Co.<br>200 Middlesex Turnpike<br>Burlington, MA 01803 | 33 | $868.17 | $12.67 |
| Canyon Manufacturing Co.<br>PO Box 799<br>Kyle, TX 78640 | 34 | $2850.24 | $41.59 |
| Wetmore Company Inc.<br>9 Micro Drive<br>Woburn, MA 01801-5796 | 38 | $390.00 | $5.69 |
| Barnes Pipe & Steel Supply<br>PO Box 510378<br>St. Louis, MO 63151 | 40 | $8310.50 | $121.26 |
| BEAR GmbH<br>Peter Ziegler,Scheibenstrasse4<br>CH-8630 Ruti<br>SWITZERLAND | 48 | $9117.00 | $133.03 |
| Recreation Engineering, Inc.<br>11385 Hillsboro Drive<br>Huntley, IL 60412 | 50 | $825.14 | $12.04 |
| Kinko's Inc.<br>PO Box 105522<br>Atlanta, GA 30348-5522 | 51 | $665.43 | $9.56 |
| Morris Material Handling<br>10 Industrial Hwy, MS 80<br>TINICOM Industrial Park<br>Lesler, PA 19113 | 56 | $12377.65 | $180.61 |
| Allied Compressor Specialists, Inc.<br>8030 S. Willow Street<br>Buidling #1, Unit #5<br>Manchester, NH 03103 | 60 | $5420.00 | $79.08 |

| Name/Address | # | Amount | Amount |
|---|---|---|---|
| Safeguard Business System<br>455 Maryland Drive<br>Ft. Washington, PA 19034 | 61 | $270.86 | $3.95 |
| Manufacturer's Rubber<br>& Supply Co Inc<br>PO Box 178<br>27 East Main Street<br>Merrimack, MA 01860 | 64 | $977.51 | $14.26 |
| Rounds Imaging Group, Inc.<br>300 Bedford Street<br>Manchester, NH 03101 | 66 | $2364.4 | $34.50 |
| Renold Power Transmission Corp.<br>8750 Global Way<br>West Chester, Ohio 45069 | 67 | $32493.66 | $474.14 |
| Rides-4-U, Inc.<br>185 Industrial Parkway<br>Somerville, NJ 08876 | 68 | $8000.00 | $116.73 |
| Fairfield Inn<br>Cleveland-Streetsboro<br>9783 State Rte 14<br>Streetsboro, OH 44241 | 69 | $1176.95 | $17.17 |
| GWA Design Group, Inc.<br>3118 Shadow Pond Terrace<br>Winter Garden, FL 34787 | 72 | $8155.61 | $119.00 |
| Ran Engineering<br>PO Box 276<br>202 Spruce Street<br>Winchendon, MA 01475 | 82 | $14790.50 | $215.82 |
| James W. Shampney<br>180 N. Main Street<br>Boscawen, NH 03303 | 86 | $736.45 | $10.74 |
| A.H. Harris & Sons, Inc.<br>255 West Road<br>Portsmouth, NH 03801 | 88 | $54.50 | $.80 |
| Stratham Tire, Inc.<br>17 Portsmouth Avenue<br>Stratham, NH 03885 | 90 | $464.14 | $86.93 |
| USF Red Star Inc.<br>24 Wright Avenue<br>Auburn, NY 13021-0995 | 91 | $3431.31 | $50.07 |

| Name/Address | Claim # | Amount | Amount 2 |
|---|---|---|---|
| Manpower International, Inc.<br>5301 N. Ironwood Rd.<br>Milwaukee, WI 53201 | 94 | $1725.00 | $25.17 |
| U.S. Aqua Sport, Inc.<br>8141 W. I-70 Frontage Road, #1<br>Arvada, CO 80002 | 108 | $4367.86 | $63.74 |
| Vestec Inc.<br>99 North State Street<br>Concord, NH 03301 | 110 | $15480.00 | $225.88 |
| Concord Electric<br>PO Box 2013<br>Concord, NH 03302-2013 | 121 | $9937.14 | $145.00 |
| SMC Corporation of America<br>3011 N. Franklin Road<br>PO Box 26640<br>Indianapolis, IN 46226 | 123 | $1203.91 | $17.57 |
| Don K. Taylor<br>43 Fisherville Road<br>Lot #10<br>Concord, NH 03303 | 138 | $206.02 | $3.01 |
| Franklin A. Miles, Jr.,<br>Vice President<br>Hershey Entertainment & Resorts Company,<br>300 Park Boulevant, PO Box 860<br>Hershey, PA 17033-0860 | 146 | $63712.05 | $929.66 |
| HPS LLC<br>2 Whitney Road<br>Penacook, NH 03303-1831 | 148 | $129599.72 | $1891.06 |
| P & S Leasing, LLC<br>2 Whitney Road<br>Penacook, NH 03303-1831 | 149 | $29075.00 | $424.25 |
| Offtech, Inc.<br>30 Upton Drive<br>Wilmington, MA 01887-4499 | 150 | $611.02 | $8.92 |
| Industrial Suppliers of New England<br>PO Box 13546<br>Newark, NJ 07188-0001 | 155 | $402.19 | $5.87 |
| William T. Gerrard<br>17 Beaver Dam Drive<br>Webster, NH 03303<br>(Priority claim) | 158 | $3138.97 | $2271.04 |

| | | | |
|---|---|---|---|
| William T. Gerrard<br>17 Beaver Dam Drive<br>Webster, NH 03303 | 158A | $25180.50 | $367.42 |
| Bradford P. Smith<br>641 Rollins Road<br>Hopkinton, NH 03229 | 160 | $172173.00 | $2512.28 |
| McMaster-Carr Supply Co.<br>PO Box 317<br>Dayton, NJ 08810-0317 | 180 | $9590.27 | $139.94 |

The Trustee has voided the original check made payable to the above listed creditor and has submitted a check made payable to the Clerk of Court in the amount of $12,087.78

Respectfully submitted,

Dated: December 6, 2012        By: _____
Timothy P. Smith, Trustee
67 Middle Street
Manchester, NH  03101
603-623-0036
BNH01446